RECEIVED
JUL 23 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:19-cr-038 |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| TEVONTA REAIR TILLER, | ) | T. 18 U.S.C. § 2113(a) |
| | ) | T. 18 U.S.C. § 2 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Bank Robbery)**

That on or about January 25, 2019, in the Southern District of Iowa, the defendant, TEVONTA REAIR TILLER, did enter and attempt to enter a building, used in whole or in part as a credit union, to wit: Cobalt Credit Union, a credit union whose deposits were then insured by the National Credit Union Association, with the intent to commit in such credit union, a felony affecting Cobalt Credit Union; namely, bank robbery by force, violence, and intimidation in violation of Title 18, United States Code, Section 2113(a), and bank larceny of money exceeding $1,000 in violation of Title 18, United States Code, Section 2113(b).

This is a violation of Title 18, United States Code, Sections 2113(a) and 2.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: [signature]
Michael B. Duffy
Assistant United States Attorney