RECEIVED
AUG 2 7 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 1:19-cr-038 |
| | ) | |
| v. | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| TEVONTA REAIR TILLER, | ) | T. 18 U.S.C. § 2113(a) |
| | ) | T. 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | ) | T. 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Attempted Armed Bank Robbery)**

That on or about January 25, 2019, in the Southern District of Iowa, the defendant, TEVONTA REAIR TILLER, did by force and violence, or by intimidation, attempt to take, from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the Cobalt Credit Union, a credit union whose deposits were then insured by the National Credit Union Association.

This is a violation of Title 18, United States Code, Sections 2113(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Brandishing a Firearm During a Crime of Violence)**

That on or about January 25, 2019, in the Southern District of Iowa, the defendant, TEVONTA REAIR TILLER, did knowingly brandish, carry, and use a firearm, that is, a pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the

United States, that is, Attempted Armed Bank Robbery as charged in Count 1 of this Indictment.

This is a violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: ______________________
Michael B. Duffy
Assistant United States Attorney