PROB 12A
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
FOR THE
# SOUTHERN DISTRICT OF IOWA

## Report on Offender Under Supervision

---

**Name of Offender:** Tevonta Reair Tiller **Case Number:** 1:19-cr-00038-001

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge (Retired)
Stephanie M. Rose, Chief U.S. District Judge (Presiding)

**Date of Original Sentence:** June 15, 2020

**Original Offense:** 18 U.S.C. § 2113(a) – Attempted Armed Bank Robbery
18 U.S.C. § 924(c)(1)(A)(ii) – Brandishing a Firearm During a Crime of Violence

**Original Sentence:** 84 months' imprisonment; 60 months' supervised release

**Date of Amended Sentence:** None

**Amended Sentence:** None

**Reason for Amended Sentence:**

**Date Original Supervision Commenced:** October 8, 2026

**Date Current Supervision Commenced:** October 8, 2026

**All Prior Reports & Actions:** None

---

**UPDATE ON OFFENDER UNDER SUPERVISION**

On October 28, 2026, the Douglas County Sheriff's Department arrested Mr. Tiller for Theft by Receiving $5,000 or More, a Class IIA Felony (Case Number – 26-0018264). According to the complaint, on or about June 1, 2026 through June 8, 2026, Mr. Tiller received, retained, or disposed of stolen movable property of Core Bank valued at $5,000 or more. This matter remains pending in the Nebraska District Court for Douglas County.

**U.S. Probation Officer Action:**

The offense conduct occurred prior to Mr. Tiller's term of supervised release. Following the arrest, Mr. Tiller contacted this officer and reported the law enforcement contact. This officer will keep the Court apprised of new information as this matter proceeds in the Nebraska District Court for Douglas County. This officer respectfully recommends no further action by the Court at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 29, 2026

by: Chris Hicks
Chris Hicks
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

Shelly Sudmann
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

Shelly Sudmann
Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

______________________
Signature of Judicial Officer

☐ Other: ______________________

______________________

______________________
Date